966

## VELA v. STATE.
No. 18554.

Court of Criminal Appeals of Texas.
June 24, 1936.

, W. A. Hogan, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State. · .

MORROW, Presiding Judge.

Unlawfully carrying a pistol is the offense; penalty assessed at confinement in the county jail for a period of 90 days.

The complaint and information appear regular. The record is before this court without statement of facts of bills of exception.

No error has been perceived or pointed out.

The judgment is affirmed.